**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Eugene Ramsell, et al., | No. CV-24-08161-PCT-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Linda Wallace, et al., | |
| Defendants. | |

The United States Court of Appeals for the Ninth Circuit has referred this matter to the District Court for the limited purpose of determining whether *in forma pauperis* ("IFP") status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. (Doc. 23 at 1); *see* 28 U.S.C. § 1915(a)(3); *see also Hooker v. Amer. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of *in forma pauperis* status is appropriate where the district court finds the appeal to be frivolous).

*Pro se* Plaintiffs Craig Eugene Ramsell and Monnie Ramsell ("Plaintiffs") filed Application to Proceed Without Prepaying Fees or Costs (Doc. 18) and the Court granted them IFP status. (Doc. 19 at 1). Because of this, the Court screened Plaintiffs' claims under 28 U.S.C. § 1915(e)(2)(B) and found that Plaintiffs had failed to state a claim for relief. (*Id.* at 6). After the Court's statutory screening, Plaintiffs filed a notice of appeal. (Doc. 21).

Under 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The good faith standard

is an objective one, and good faith is demonstrated when an individual "seeks appellate review of any issue [that is] not frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  An appeal is frivolous if it lacks any arguable basis in law or fact.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

The Court finds that Plaintiffs' appeal is frivolous because it lacks any arguable basis in law or fact.  *See id*.  The Court makes this determination for the same reasons as stated in its August 30, 2024, Order.  (*See* Doc. 19).  The Court certifies that plaintiff's appeal is not taken in good faith and is frivolous.  28 U.S.C. § 1915(a)(3).  So, their IFP status should be revoked.  *Hooker*, 302 F.3d at 1092.

Accordingly,

**IT IS ORDERED** that Plaintiff is **not entitled to** proceed *in forma pauperis* in Appeal No. 24-5869.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall notify the United States Court of Appeals for the Ninth Circuit that this Court certifies that Plaintiffs' appeal is not taken in good faith under Federal Rule of Appellate Procedure 24(a)(3)(A) and they must therefore seek further authorization from the Court of Appeals pursuant to Rule 24(a)(5) to obtain leave to proceed *in forma pauperis* on appeal.

**IT IS FINALLY ORDERED** that the Clerk of the Court is kindly directed to serve a copy of this Order on Plaintiffs and the United States Court of Appeals for the Ninth Circuit.

Dated this 3rd day of October, 2024.

Honorable Diane J. Humetewa
United States District Judge